# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR, <br><br> Plaintiff, <br><br> vs. <br><br> VELVA HAMPSON, <br><br> Defendant. | ) 1:13cv00875 DLB PC <br> ) <br> ) <br> ) ORDER REGARDING PLAINTIFF'S <br> ) IN FORMA PAUPERIS STATUS <br> ) ON APPEAL <br> ) <br> ) (Document 11) <br> ) <br> ) |

    Plaintiff Ivan Ray Carter, Jr. ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.  The Court dismissed the action on February 3, 2014, based on Plaintiff's failure to state a claim for which relief could be granted.

    Plaintiff filed a notice of appeal on February 18, 2014.

    On February 24, 2014, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

Plaintiff's appeal is not frivolous, nor is it taken in bad faith. Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

Dated: **February 26, 2014**                /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE